JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHAVEZ, | ) NO. EDCV 15-1104-DDP (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MARTIN BITER, Warden, | ) |
| Respondent. | ) |
| _____ | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 28, 2016

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1